2532 S Terrace St
Janesville, WI 53546

MILWAUKEE WI 530

5 JUN 2021 PM 5 L



'NED

Clerk of Court
U.S District Court
Western District of Wisconsin
120 North Henry Street
Room 320
Madison, WI 53703

53703-430499