UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BENJAMIN HOPSON, II, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC, et al.**, <br><br> Defendants. | Case No. 3:21-CV-00320-WMC |

## NOTICE OF APPEARANCE

Sopen B. Shah hereby enters her appearance as counsel for Defendant Google LLC. Ms. Shah is an attorney in the law firm of Perkins Coie LLP. Her office address, email, and telephone number are:

    33 East Main Street, Suite 201
    Madison, WI  53703-5118
    Tel: (608) 663-7460
    Fax: (608) 663-7499
    Email:  SShah@perkinscoie.com

Ms. Shah is licensed to practice law in the State of Wisconsin and is admitted to practice before the District Court for the Western District of Wisconsin.

-2-

DATED: June 11, 2021

                                           *s/ Sopen B. Shah*
                                           Sopen B. Shah (SBN WI 1105013)
                                           SShah@perkinscoie.com
                                           PERKINS COIE LLP
                                           33 E. Main St., Ste. 201
                                           Madison, Wisconsin 53703-3095
                                           Telephone: 608.663.7460
                                           Facsimile: 608.663.7499

                                           *Attorney for Defendant Google LLC*