# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BENJAMIN HOPSON, II, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC, et al.**, <br><br> Defendants. | Case No. 3:21-CV-00320-WMC |

## CERTIFICATE OF SERVICE

On June 11, 2021, I caused to be served upon the Plaintiff at the address stated below, via U.S. Mail, a true and correct copy of the Notice of Appearance by Sopen B. Shah.

Benjamin Hopson, II
2532 S. Terrace Street
Janesville, WI 53546

                                                   */s/Sopen B. Shah*
                                                   Sopen B. Shah