UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BENJAMIN HOPSON, II, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC, et al.**, <br><br> Defendants. | Case No. 3:21-CV-00320-WMC |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO COMPLAINT**

Defendant Google LLC ("Google") moves to extend the time to file an answer, motion, or other response to Plaintiff's Complaint in the above-captioned matter by fourteen (14) days, up to and including July 1, 2021. Support for this motion is as follows:

1. On May 27, 2021, Plaintiff served Google with a copy of the Complaint that commenced this action.

2. Google's deadline to respond to the Complaint is currently June 17, 2021.

3. Google's motion is not for purposes of delay. Rather, Google requires additional time to prepare a response since it only recently acquired Wisconsin counsel. New Wisconsin counsel requires additional time to conduct a proper investigation into the allegations in the Complaint. Therefore, Google requests an additional fourteen (14) days, to July 1, 2021, to respond to the Complaint.

4. No other case deadlines are set at this time. As a result, Google respectfully submits that the fourteen-day extension will not cause any undue delay or prejudice to any party.

5.     Google's counsel met and conferred with Plaintiff. Plaintiff does not oppose this motion and affirmatively consented to the requested extension.

THEREFORE, Google respectfully requests that the Court grant this motion and extend the time to respond to the Complaint up to and including July 1, 2021.

DATED:  June 11, 2021

*s/ Sopen B. Shah*
Sopen B. Shah (SBN WI 1105013)
SShah@perkinscoie.com
PERKINS COIE LLP
33 E. Main St., Ste. 201
Madison, Wisconsin 53703-3095
Telephone: 608.663.7460
Facsimile: 608.663.7499

*Attorney for Defendant Google LLC*
