# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BENJAMIN HOPSON, II, et al.**, <br><br>     Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC, et al.**, <br><br>     Defendants. | Case No. 3:21-CV-00320-WMC |

## CERTIFICATE OF SERVICE

On July 1, 2021, I caused to be served upon the Plaintiffs at the address stated below, via U.S. Mail, a true and correct copy of Google LLC's Motion to Dismiss for Failure to State a Claim and Lack of Jurisdiction.

Benjamin Hopson, II
2532 South Terrace Street
Janesville, WI 53546


                                                       */s/Sopen B. Shah*
                                                       Sopen B. Shah