# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **BENJAMIN HOPSON, II, et al.**, <br><br> Plaintiffs, <br><br> v. <br><br> **GOOGLE LLC, et al.**, <br><br> Defendants. | Case No. 3:21-CV-00320-WMC |

## CERTIFICATE OF SERVICE

On November 22, 2021, I caused to be served upon the Plaintiffs at the address stated below, via U.S. Mail, a true and correct copy of Google LLC's Corporate Disclosure Statement.

Benjamin Hopson, II
2532 South Terrace Street
Janesville, WI 53546

*/s/Sopen B. Shah*
Sopen B. Shah